

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00199-CV

| | | |
|---|---|---|
| TEXAS HEALTH HARRIS METHODIST HOSPITAL FORT WORTH, Appellant and Appellee | § | On Appeal from County Court at Law No. 3 |
| | § | of Tarrant County (2016-003319-3) |
| V. | § | April 14, 2022 |
| | § | Opinion by Justice Birdwell |
| STEPHEN FEATHERLY, Appellee and Appellant | § | Dissenting Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and the case is remanded to the trial court for a new trial consistent with this opinion.

It is further ordered that Steven Featherly shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
    Justice Wade Birdwell